No. 23-70006

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
_____

JUAN LIZCANO,

Petitioner - Appellant,

v.

BOBBY LUMPKIN, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION

Respondent - Appellee
_____

APPELLANT'S UNOPPOSED MOTION TO EXTEND
TIME TO FILE APPLICATION FOR
CERTIFICATE OF APPEALABILITY

Petitioner-Appellant, Juan Lizcano, through undersigned counsel, respectfully requests that this Court extend the time to file his application for certificate of appealability and supporting brief ("COA Application") pursuant to the Federal Rule of Appellate Procedure 26(b) and Fifth Circuit Rule 31.4.

1. The Application and supporting brief are currently due on or before January 16, 2024.

2. In addition to serving as lead counsel for Mr. Lizcano, undersigned counsel is also lead counsel for petitioner in *Gray v. Johnston*, No. 18-3305 (D. Kan.), in which an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is due on January 12, 2024. As the federal government has acknowledged, Mr. Gray's case is "the first military capital case to reach the federal / civilian court system in over 50 years" and "it is beyond dispute that the issues presented are extremely complex and require a thorough understanding of the record of court martial." *Id.* Doc. 13 at 2. The petition to be amended and updated contains nineteen claims, is nearly 200 pages long, and concerns novel and complicated legal issues.

3. Undersigned counsel is also counsel for the petitioner in *Porter v. Horn*, Nos. 03-9006 & 03-9007 (3d Cir.), and has a deadline of January 12, 2024, to update the Third Circuit Court of Appeals as to the status of negotiations aimed at settling that case, which remain ongoing and will likely require significant attention from counsel in advance of the report to the court.

4. Finally, Mr. Lizcano's case presents complex legal and factual issues. The decision on appeal is 133 pages in length, and the court below denied a certificate of appealability on all issues. Substantial time is required to winnow the claims and legal issues raised in the District Court to a number more suitable for appellate review, and to streamline the remaining claims so that they can be presented most effectively and efficiently to this Court.

5.  Counsel has conferred with Cara B. Hanna, counsel for Appellee, who indicated the Director does not oppose this request for an extension of time.

6.  WHEREFORE, Mr. Lizcano respectfully requests that the Court grant him an additional thirty (30) days to file his application for certificate of appealability and supporting brief in this case.

Respectfully submitted,

/s/ Shawn Nolan
Shawn Nolan
PA Bar No. 53565
Chief, Capital Habeas Unit
Federal Community Defender for the
Eastern District of Pennsylvania
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19106
(215) 928 0520
shawn_nolan@fd.org

Dated: January 5, 2024

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for the Director, Assistant Attorney General Cara B. Hanna, who has indicated the Director does not oppose this motion.

/s/ Shawn Nolan<br>Shawn Nolan

Dated: January 5, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused the foregoing to be served on the following person by ECF filing:

Cara B. Hanna<br>
Assistant Attorney General<br>
Office of the Attorney General of Texas<br>
Post Office Box 12548<br>
Austin, Texas 78711-2548

/s/ Shawn Nolan<br>Shawn Nolan

Dated: January 5, 2024

# CERTIFICATE OF COMPLIANCE WITH
# TYPE-VOLUME LIMIT

1.    This motion contains 377 words and thus complies with the type-volume limitations of Fed. R. App. P. 27(d) because it contains fewer than 5,200 words.

2.    This motion complies with the typeface requirements of Fed. R. App. 32(a)(5) and the type-style requirements of Fed. R. App. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14 point Times New Roman font.

/s/ Shawn Nolan  
Shawn Nolan

Dated: January 5, 2024