# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 16, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-70006   Lizcano v. Lumpkin
                     USDC No. 3:16-CV-1008

The court has taken the following action in this case:

The appeal is dismissed as erroneously docketed.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Monica R. Washington, Deputy Clerk
                            504-310-7705

Mr. Woodson Erich Dryden
Ms. Cara Hanna
Ms. Debra Janece McComas
Ms. Karen S. Mitchell
Mr. Shawn Nolan

P.S. to Mr. Nolan, the case will be redocketed correctly. If a motion for a certificate of appealability is required in the new case, you will need to refile the motion under the new number.